UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>THE STATE OF ILLINOIS, and<br>THE STATE OF INDIANA<br>*ex rel.* JANE DOE,<br><br>        Plaintiffs,<br><br>v.<br><br>HOUCHENS INDUSTRIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)   Case No. 1:13-cv-00196-RLY-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a) and in accordance with the terms and conditions of the Settlement Agreement between Plaintiff/Relator and Defendant Houchens Industries, Inc., the parties hereby stipulate, through their undersigned counsel, to the entry of an order dismissing with prejudice all remaining claims asserted in the Complaint against Defendant Houchens Industries, Inc. filed by Jane Doe and Relator for United States of America, State of Indiana and State of Illinois on February 4, 2013. (Filing No. 1). The parties respectfully request that the Court enter an order in the form of the attached proposed order.

.

**HOUCHENS INDUSTRIES, INC.**

s/ Christopher A. Melton
Christopher A. Melton
Jennifer L. Wintergerst
Chelsea K. Painter
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Telephone:  502.589.5235
Facsimile:    502.589.0309
cmelton@wyattfirm.com
jwintergerst@wyattfirm.com
cpainter@wyattfirm.com

*Counsel for Houchens Industries*

**ROBERT P. CHRISTENSEN, P.A.**

 s/ Robert P. Christensen
Robert P. Christensen
MN Lic. #16597
5775 Wayzata Blvd., Suite 670
Minneapolis, MN  55416
Telephone: 612.333.7733
Facsimile:   952.767-6846
bob@mnadvocatesforjustice.com

*Counsel for Plaintiff/Relator*

2

## Certificate of Service

  I hereby certify that this document with any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated:  July 30, 2015    **ROBERT P. CHRISTENSEN, P.A.**

             s/ Robert P. Christensen_____
            Robert P. Christensen
            MN Lic. #16597
            5775 Wayzata Blvd., Suite 670
            Minneapolis, MN  55416
            Telephone: 612.333.7733
            Facsimile:  952.767-6846
            bob@mnadvocatesforjustice.com

            *Counsel for Plaintiff/Relator*